Hon. Timothy W. Dore
Chapter 13

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | NO. 19-11737-TWD |
| MARTA D LYALL, | STIPULATION TO WITHDRAWAL OF DEBTOR'S ATTORNEY |
| Debtors. | |

Debtor Marta D. Lyall and her attorney, Lance L. Lee, STIPULATE to Debtor authorizing her attorney to withdraw from her representation, with withdrawal effective upon entry of the accompanying Court order.

1. Counsel provides the following contact information for Debtor:

> *Debtor's mailing address is:*
> 1001 NW 175th St
> Shoreline, WA 98177
>
> *Debtor's phone number is*
> (206) 673-6981
>
> *Debtor's email address is:*
> M_DL2019@protonmail.com

//

//

//

Stipulation to Withdrawal of Debtor's Attorney- 1 of 2

**THE LAW OFFICES OF LANCE L. LEE**
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154-1003
(206) 332-9841 / Fax: (206) 905-2991

Case 19-11737-TWD    Doc 50    Filed 07/10/19    Ent. 07/10/19 15:09:36    Pg. 1 of 2

2. No deadlines, hearings or trials will be automatically continued as a result of the attorney's withdrawal.

DATED this ___10th___ day of July 2019

/s/ Lance L. Lee
Lance L. Lee, WSBA #26518
Departing Counsel for Debtor

*Approved at Court hearing*
Marta D. Lyall
Debtor

Stipulation to Withdrawal of Debtor's Attorney-
2 of 2



**THE LAW OFFICES OF LANCE L. LEE**
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154-1003
(206) 332-9841 / Fax: (206) 905-2991

Case 19-11737-TWD    Doc 50    Filed 07/10/19    Ent. 07/10/19 15:09:36    Pg. 2 of 2