Entered on Docket August 9, 2019

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>Marta D Lyall,<br><br>Debtor. | Bankruptcy No. 19-11737-TWD<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MR. WOTIPKA'S APPLICATION FOR COMPENSATION** |

This matter came before the Court on Mr. Wotipka's application for compensation [Docket No. 29] ("Motion"). The Court considered the records and files in this case, all the documents filed in connection with the Motion, and the oral argument at the August 7, 2019 hearing on the Motion. At the conclusion of the hearing on the Motion, the Court gave an oral ruling on the record, which constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).

Now, therefore, it is hereby ORDERED that:

ORDER GRANTING IN PART AND DENYING IN PART
MR. WOTIPKA'S APPLICATION FOR COMPENSATION - 1

1. Mr. Wotipka is awarded compensation of $3,210 as an administrative expense under 11 U.S.C. § 503(b).

2. The balance of the compensation requested in the Motion is disallowed.

3. The Clerk's Office shall send a copy of this Order to the Debtor via the BNC.

/// End of Order ///

ORDER GRANTING IN PART AND DENYING IN PART
MR. WOTIPKA'S APPLICATION FOR COMPENSATION - 2